UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TYLER WOODERS, ET AL.**

**VERSUS**

**CIVIL ACTION**

**NO. 15-601-JWD-RLB**

**GREGORY DAVENPORT, ET AL.**

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report filed on October 20, 2016, to which no objection was filed:

**IT IS ORDERED** that Plaintiff's Motion for Third -Party Defendant Shanita Cobb's Declinatory Exception of Insufficient of Service of Process (R. Doc. 26) and Motion for Second Declinatory Exception of Insufficient of Service of Process (R. Doc. 33) are DENIED.

Signed in Baton Rouge, Louisiana, on <u>November 9, 2016</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**