# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TYLER WOODERS, ET AL.

VERSUS

GREGORY DAVENPORT, ET AL.

CIVIL ACTION

NO. 15-601-JWD-RLB

## **O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated May 19, 2017, to which no objection was filed:

**IT IS ORDERED** that the Joint Motion to Remand (R. Doc. 54) is **GRANTED**, and the action is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 19, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA